UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAY L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER, LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND H. SCHNEIDER, JARED T. SCHNEIDER,

    Plaintiffs,

  v.

COUNTY OF SACRAMENTO, et al.,

    Defendants.

NO. CIV S-12-2457 LKK/DAD

O R D E R

Plaintiffs filed the complaint herein on September 27, 2012. Summons issued the next day. Plaintiffs have not yet served defendants. A status conference is currently set for April 8, 2013 at 1:30 p.m. Two prior status conferences have been vacated.

Based on the foregoing, the court orders as follows:

[1]  The status conference currently scheduled for April 8, 2013 is VACATED.

////

1

1  [2]  A new status conference is SET for July 1, 2013 at 10:00
2       a.m. Parties shall file status reports fourteen (14)
3       days prior to the status conference.
4  [3]  Plaintiffs are DIRECTED to serve defendants with process
5       within thirty (30) days of entry of this order. If proof
6       of timely service is not filed with the court by May 10,
7       2013, this action will be dismissed.
8  [4]  Plaintiffs are DIRECTED to serve defendants with a copy
9       of this order when they serve process herein.
10 IT IS SO ORDERED.
11 DATED: April 3, 3013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT