1  LONGYEAR, O'DEA & LAVRA, LLP
   GREGORY P. O'DEA, CSB No. 109166
2  MARK P. O'DEA, CSB No. 186061
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5

6  Attorneys for Defendants, COUNTY OF SACRAMENTO and TAMMY DERBY

7

8
                    **THE UNITED STATES DISTRICT COURT**
9
                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11 | JAY L. SCHNEIDER, SUSAN J.                ) | Case No: 2:12-cv-02457-LKK-DAD
   | SCHNEIDER, JAKE J. SCHNEIDER,             ) |
12 | LELAND A. SCHNEIDER, KATHERINE A.         ) | **ORDER RE REQUEST TO HAVE PERSONAL**
   | SCHNEIDER, LELAND J. SCHNEIDER,           ) | **INFORMATION REDACTED FROM**
13 | JARET T. SCHNEIDER,                       ) | **DOCUMENT PREVIOUSLY FILED AND**
   |                                           ) | **ORDER THEREON**
14 |         Plaintiffs,                       ) |
   |                                           ) |
15 | vs.                                       ) |
   |                                           ) |
16 | COUNTY OF SACRAMENTO, a political         ) |
   | subdivision of the State of California; ROGER ) |
17 | DICKINSON, in his official capacity with the ) |
   | County of Sacramento and his individual   ) |
18 | capacity; ROBERT SHERRY, Director of      ) |
   | Sacramento Department of Planning and     ) |
19 | Community Development, in his official and ) |
   | individual capacity; JEFF GAMEL, in his   ) |
20 | official position as Aggregate Resource    ) |
   | Manager for Sacramento County and in his  ) |
21 | individual capacity; LEIGHANN MOFFITT,    ) |
   | in her official capacity as Interim Planning ) |
22 | Manger for Sacramento County and individual ) |
   | capacity; TAMMY DERBY, in her official    ) |
23 | capacity with Sacramento County code      ) |
   | Enforcement and in her individual capacity; ) |
24 | CARL SIMPSON, in his official and         ) |
   | individual capacities; DAVID BIEBER, in his ) |
25 | capacity as an employee of Sacramento     ) |
   | County and individually,                  ) |
26 |                                           ) |
   |         Defendants.                       ) |
27 |                                           ) |

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED.

The personal home address of TAMMY DERBY shall be stricken from the Proof of Service shown on website as Document 13.

Dated:  May 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT