1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH HARDESTY, et al.,

12                 Plaintiffs,                    No.  2:10-CV-2414 KJM KJN

13          v.

14   SACRAMENTO METROPOLITAN AIR
     QUALITY MANAGEMENT DISTRICT,
15   et al.,

16                 Defendants.

17

18   JAY L. SCHNEIDER, et al.,                    No.  2:12-CV-2457 KJM KJN

19                 Plaintiffs,

20          v.                                    ORDER

21   COUNTY OF SACRAMENTO, et al.,

22                 Defendants.

23

24

25          On May 1, 2014, a status conference was held in Schneider, et al. v. County of

26   Sacramento, et al., 2:12-CV-2457 KJM KJN.  Richard Ross appeared for plaintiffs, Mark O'Dea

27   appeared for County of Sacramento defendants and Sharon Muir appeared for defendant David

28   Bieber.  After discussing the status of the case, Mr. Ross and Mr. O'Dea informed the court they

                                              1

1  anticipated seeking consolidation of the matter with Hardesty, et al. v. Sacramento Metropolitan

2  Air Quality Management District, et al., 2:10-CV-2414 KJM KJN.  To expedite resolution of the

3  consolidation question, given the suggestion that consolidation will achieve efficiencies in

4  discovery, the court issues this order.

5             IT IS THEREFORE ORDERED that all parties in the above-captioned actions

6  advise the court within fourteen days of the date of this order if any party objects to consolidation.

7  If there is any objection, the court may order further briefing.  If all parties believe the cases

8  should be consolidated, they may file a stipulation and proposed order for the court's

9  consideration.

10  Dated:  May 6, 2014.

11

12  _____

13  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28