1  GLENN W. PETERSON, ESQ. (SBN 126173)
   **MILLSTONE PETERSON & WATTS, LLP**
2  *Attorneys at Law*
3  2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
4  Telephone No: (916) 780-8222
   Fax No: (916) 780-8775
5  gpeterson@mpwlaw.net

6  RICHARD M. ROSS (SBN 59943)
7  8081 North Forbes Road
   Lincoln, CA 95648
8  Telephone No: (916) 449-3908
   Fax No: (916) 449-3908
9  RichRoss@CalCounsel.com

10 Attorneys for Plaintiffs
   *Jay L. Schneider, Susan J. Schneider, Jake J. Schneider,*
11 *Leland A. Schneider, Katherine A. Schneider,*
   *Leland H. Schneider, And Jared T. Schneider*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY L SCHNEIDER, et al. | Case No. 2:12-CV-2457 KJM KJN |
| Plaintiff,<br>vs. | **ORDER TO CONTINUE THE TRIAL DATE AND REMAINING PRETRIAL DATES** |
| COUNTY OF SACRAMENTO, et al. | |
| Defendant | |

GOOD CAUSE APPEARING, the parties' joint request to continue (ECF 122) is GRANTED. Accordingly, the final pretrial conference is RESET for July 1, 2016 at 10:00 am in Courtroom 3 before District Judge Kimberly J. Mueller, with a joint pretrial statement due June 10, 2016; the jury trial is RESET for August 15, 2016 at 9:00 am in Courtroom 3 before District Judge Kimberly J. Mueller. Trial briefs are due by August 1, 2016.

/////

/////

1    IT IS SO ORDERED.

2  DATED: May 16, 2016

3  _____
4  UNITED STATES DISTRICT JUDGE