# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JAY L. SCHNEIDER, ET AL.,**

CASE NO: **2:12–CV–02457–KJM–KJN**

v.

**DAVID BIEBER, ET AL.,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/21/16**

**Marianne Matherly**
Clerk of Court

ENTERED:  **June 21, 2016**

by: /s/ L. Mena–Sanchez
Deputy Clerk