GLENN W. PETERSON, SBN 126173
gpeterson@petersonwatts.com
**PETERSON WATTS LAW GROUP LLP**
2267 Lava Ridge Court, Suite 210
Roseville, California 95661
Telephone: (916) 780-8222

Attorneys for Plaintiffs JAY L. SCHNEIDER,
SUSAN J. SCHNEIDER, JAKE J.
SCHNEIDER, LELAND A. SCHNEIDER,
KATHERINE A. SCHNEIDER, LELAND H.
SCHNEIDER, and JARED T. SCHNEIDER

DEREK P. COLE, SBN 204250
dcole@colehuber.com
**COLE HUBER LLP**
2261 Lava Ridge Court
Roseville, CA 95661
Telephone: (916) 780-9009

Co-Counsel for Defendant
SACRAMENTO COUNTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH HARDESTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO METROPOLITAN AIR QUALITY MANAGEMENT DISTRICT, et al., <br><br> Defendants. | Case No.: 2:10-cv-02414-KJM-KJN <br> Consolidated with: 2:12-cv-2457-KJM-KJN <br><br> **STIPULATED REQUEST TO EXTEND DEADLINE FOR FILING DISMISSAL AND [PROPOSED] ORDER** <br><br> Judge:       Hon. Kimberly J. Mueller <br> Magistrate:  Hon. Kendall J. Newman |
| AND RELATED CONSOLIDATED CASES | |

Plaintiffs JAY L. SCHNEIDER, SUSAN J. SCHNEIDER, JAKE J. SCHNEIDER,

LELAND A. SCHNEIDER, KATHERINE A. SCHNEIDER, LELAND H. SCHNEIDER, and

JARED T. SCHNEIDER ("Plaintiffs") and Defendant County of Sacramento ("County") hereby

jointly advise the Court as follows:

The parties in the above-entitled matter, i.e., Case No. 2:12-cv-2457-KJM-KJN (*Jay*

STIPULATED REQUEST TO EXTEND DEADLINE FOR FILING DISMISSAL AND ORDER

`

1  *Schneider, et al. vs. County of Sacramento, et al.* ["Schneider Case"], partially consolidated with

2  Case No. 2:10-cv-02414-KJM-KJN (*Joseph Hardesty, et al. vs. Sacramento Metropolitan Air*

3  *Quality Management District, et al.* ["Hardesty Case"] hereby advise the Court that they continue

4  to work diligently to complete the various actions called for under the settlement agreement, and

5  hereby request additional time within which to file a Stipulation of Dismissal of the Schneider

6  Case with prejudice. By minute order dated May 5, 2023, the Court directed that a dismissal

7  document be filed by May 30, 2023. The parties hereby jointly request that the Court extend that

8  deadline by an additional 20 days.

9        This settlement does not impact the Hardesty Case.

10

11        Respectfully submitted,

12  Dated: June 1, 2023  **COLE HUBER LLP**

13

14  By: _____/s/ Derek P. Cole_____

15  Derek P. Cole, Esq.
   Co-Counsel for Defendant
16  SACRAMENTO COUNTY

17  Dated: June 1, 2023  **PETERSON WATTS LAW GROUP, LLP**

18

19  By: _____/s/ Glenn W. Peterson_____

20  Glenn W. Peterson, Esq.
   PETERSON WATTS LAW GROUP,  LLP
21  Attorneys for Plaintiffs
   THE SCHNEIDER FAMILY

22

23

24

25

26

27

28

STIPULATED REQUEST TO EXTEND DEADLINE FOR FILING DISMISSAL AND ORDER

`

1

## **ORDER**

2      For good cause shown, considering the parties' stipulation, the Court grants the request

3   for additional time to dismiss the action.

4      IT IS SO ORDERED.

5   Dated: June 9, 2023.

6   _____

7      CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO EXTEND DEADLINE FOR FILING DISMISSAL AND ORDER